IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MYPORT IP, INC., | § | |
| Plaintiff | § § § | |
| vs. | § § | Civil Action No. 6:11-CV-246-LED |
| HTC CORPORATION, et al., | § § | Jury Trial Demanded |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY**

Defendants HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics Mobilecomm U.S.A., Inc., Nokia Corporation, Nokia Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Sony Mobile Communications (USA) Inc. ("Defendants") moved for a stay of this action pending the final resolution of the *inter partes* reexamination proceedings for the patents at issue in this case. In light of the status of the reexamination proceedings, the arguments and positions of the parties, the briefing submitted to the Court, and the interests of justice, such motion is GRANTED in its entirety, and it is ORDERED that this case is stayed pending final resolution of the reexamination proceedings before the USPTO of the patents-in-suit, including any appeal to the BPAI or Federal Circuit. The Clerk is directed to administratively close this case, and the parties are directed to inform the Court within 48-hours of resolution of the reexamination proceedings.

So ORDERED and SIGNED this 30th day of July, 2012.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE