| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 5/20/14 |
| 1. Article Addressed to:<br>MyPort IP Inc. Corporate<br>William H. Shawn Counsel<br>Shawn Coulson LLP<br>1850 M St. N.W., Ste. 280<br>Washington, DC 20036<br>6:11cv246 Order /61 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[CLERK, U.S. DISTRICT COURT RECEIVED MAY 23 2014 TEXAS stamp]<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1570 0003 0293 7284 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540