## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **MYPORT IP, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:11-CV-246 |
| § | |
| **HTC CORP., ET AL.** § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is MyPort IP, Inc.'s ("MyPort") Letter Motion for an Extension of Time to Obtain Counsel (Docket No. 163). Previously, the Court had ordered MyPort to obtain counsel no later than Monday, June 16, 2014. *See* Docket No. 161. Now, MyPort requests another 90 days to obtain new counsel. The Court **GRANTS IN PART** and **DENIES IN PART** MyPort's Motion. MyPort is **ORDERED** to obtain new counsel within **45 days** of this Order.

**So ORDERED and SIGNED this 17th day of June, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**