**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MYPORT IP, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:11-cv-00246 |
| | § | |
| vs. | § | |
| | § | |
| HTC CORPORATION; HTC AMERICA, INC. | § | |
| LG ELECTRONICS; LG ELECTRONICS | § | JURY TRIAL DEMANDED |
| MOBILECOMM U.S.A., INC.; NOKIA | § | |
| CORPORATION; NOKIA INC.; RESEARCH | § | |
| IN MOTION, LTD.; RESEARCH IN | § | |
| MOTION CORPORATION; SAMSUNG | § | |
| ELECTRONICS CO., LTD.; SAMSUNG | § | |
| ELECTRONICS AMERICA, INC.; SHARP | § | |
| CORPORATION; SHARP ELECTRONICS | § | |
| CORPORATION; SONY ERICSSON | § | |
| MOBILE COMMUNICATIONS (USA) INC.; | § | |
| FUTUREWEI TECHNOLOGIES, INC. | § | |
| HUAWEI TECHNOLOGIES CO., LTD. | § | |
| | | |
| Defendants. | | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF MYPORT IP, INC. AND DEFENDANTS HUAWEI TECHNOLOGIES CO., LTD. AND FUTUREWEI TECHNOLOGIES, INC.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff MyPort IP, Inc. ("Plaintiff") and Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc. move the Court for an order dismissing the claims brought against each other in this action. After considering the motion and position of justice, the Court HEREBY ORDERS as follows:

1. Plaintiff's claims against Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc. are hereby dismissed with prejudice.

2. Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc.'s claims against Plaintiff are hereby dismissed with prejudice.

3. Plaintiff and Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc. shall each bear their own attorney fees and costs incurred in connection with this action.

**SIGNED this 30th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE